BERTHA MILES, as Administratrix of the Estate of FLOYD
    R. MILES, Deceased, Appellant, v. THE NEW YORK
    CENTRAL RAILROAD COMPANY, Respondent.

*Negligence — railroads — sufficiency of release.*

Miles v. N. Y. Central R. R. Co., 206 App. Div. 641, affirmed.

(Argued May 20, 1924; decided June 3, 1924.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the third judicial
department, entered April 26, 1923, unanimously affirm-
ing a judgment in favor of defendant entered upon a
dismissal of the complaint by the court at a Trial Term in
an action to recover for the death of plaintiff's intestate
alleged to have been occasioned through the negligence
of defendant.  On December 13, 1915, plaintiff's intestate
was a passenger upon one of defendant's trains, engaged
in the performance of his duties as a mail carrier, and

there was a collision by reason of which he was thrown to the floor. He proceeded as far as Albany, N. Y., where he turned and returned to his home at Canastota, N. Y., arriving the same day. Subsequently, he was attended and examined by his family physician who found him suffering from a general shaking up, together with a bruise of the back and some abrasions of the skin. After this he was visited by defendant's claim agent, with the result that he was paid $250 and executed and delivered, in return, a full release " of all claims, demands and causes of action " against defendant.

*Charles A. Hitchcock* for appellant.
*Warnick J. Kernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.